United States District Court
Southern District of Texas
**ENTERED**
March 08, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GREGG PAULSON, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00065 |
| | § | |
| UNKNOWN DEFENDANT, | § | |
| | § | |
| Defendant. | § | |

## OPINION AND ORDER OF TRANSFER

Plaintiff Gregg Paulson, appearing *pro se*, has filed this prisoner civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is currently assigned to the Texas Department of Criminal Justice-Correctional Institutions Division's John B. Connally Unit in Kenedy, Texas (the "Connally Unit"). In this action, Plaintiff complains about the conditions of his confinement at the Connally Unit. Plaintiff alleges that: (1) he is not allowed the opportunity to refuse a "cool bed" accommodation; (2) the building where he is housed does not meet the standards set forth in the Americans with Disabilities Act (ADA); (3) the conditions "in B Pod" represent a danger to himself and other inmates housed in the "12 Building"; and (4) the Texas Department of Criminal Justice (TDCJ), through a computer, is practicing medicine without a license. (Doc. No. 1.) Plaintiff asks the Court to stop these alleged constitutional violations. *Id.*

A civil action in which jurisdiction is not founded solely on diversity of citizenship may be brought either in a judicial district where any defendant resides, if all defendants reside in the same state, or in a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). In addition, for the convenience of parties and witnesses, and in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. § 1404(a).

All of the events forming the basis of Plaintiff's complaint occurred at the Connally Unit, which is located in Karnes County. Karnes County is located in the San Antonio Division of the Western District of Texas. 28 U.S.C. § 124(d)(4). Although not identifying any defendants in his letter-complaint, it is apparent that Plaintiff seeks to hold Connally Unit officials responsible for the alleged unconstitutional conditions of his current confinement in the Connally Unit. There is no nexus between the alleged unconstitutional conditions in the Connally Unit to the Corpus Christi Division of the Southern District of Texas. Because the Connally Unit is located within the San Antonio Division of the Western District of Texas, the interests of justice would best be served by a transfer to that court.

Accordingly, **IT IS ORDERED** that this case be **TRANSFERRED** to the United States District Court for the Western District of Texas, San Antonio Division. The Clerk is **DIRECTED** to close this case in this division.

ORDERED on March 8, 2023.

_____
MITCHEL NEUROCK
United States Magistrate Judge